HARTFORD FEDERAL SAVINGS AND LOAN ASSOCIATION
*v.* STANLEY V. TUCKER ET AL.

The defendant Stanley V. Tucker's petitions for certification for appeal from the Appellate Court, 20 Conn. App. 804, are denied.

*Stanley V. Tucker,* pro se, in support of the petitions.

Decided November 29, 1989

STATE OF CONNECTICUT *v.* GARY BLACKWELL

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 193, is denied.

*G. Douglas Nash* and *Donald D. Dakers,* public defenders, in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided December 14, 1989

TRIANGLE CONTRACTORS, INC. *v.*
DEBRA M. YOUNG ET AL.

The defendant Frank X. Lo Sacco's petition for certification for appeal from the Appellate Court, 20 Conn. App. 218, is denied.

*Frank X. Lo Sacco,* pro se, in support of the petition.

*George M. Purtill,* in opposition.

Decided December 14, 1989